*1083 528 U. S. 1155;
528 U. S. 1156;
528 U. S. 1160;
528 U. S. 1161;
528 U. S. 1161;
528 U. S. 1162;
528 U. S. 1163;
528 U. S. 1164;
528 U. S. 1123;
528 U. S. 1140;
528 U. S. 1141;
528 U. S. 1164;
528 U. S. 1164;
528 U. S. 1166;
528 U. S. 1167;
528 U. S. 1152;
528 U. S. 1168;
528 U. S. 1170;
528 U. S. 1152;
528 U. S. 1172;
528 U. S. 1173;
528 U. S. 1174;
528 U. S. 1175;
528 U. S. 1175;
*1084 No. 99-7678.
No. 99-7694.
No. 99-7706.
No. 99-7707.
No. 99-7776.
No. 99-7784.
No. 99-7796.
No. 99-7842.
No. 99-7931.
No. 99-7996.
528 U. S. 1176;
528 U. S. 1176;
ante, p. 1008;
528 U. S. 1177;
528 U. S. 1193;
ante, p. 1025;
528 U. S. 1193;
528 U. S. 1152;
528 U. S. 1195; and
528 U. S. 1196. Petitions for rehearing denied.